# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**HATEM M. SHATA,**

        Petitioner,

    -vs-                                                        **Case No. 16-C-574**

**DENISE SYMDON, Administrator,**
**Wisconsin Department of Corrections,**
**Division of Community Corrections,**

        Respondent.

## DECISION AND ORDER

Hatem Shata petitions for relief under 28 U.S.C. § 2254. Shata raises one claim: that he should be allowed to withdraw his plea due to the ineffective assistance of his trial counsel, who failed to advise Shata that he faced automatic deportation if found guilty. The Court is unable to conclude that Shata is not entitled to relief in federal district court. Rule 4, Rules Governing Section 2254 Cases. Therefore, the respondent should file an answer or other responsive pleading within **thirty (30) days** of the date of this Order.

Dated at Milwaukee, Wisconsin, this 17th day of May, 2016.

                                                  **SO ORDERED:**

                                                  _/s/ Rudolph T. Randa_
                                                **HON. RUDOLPH T. RANDA**
                                                **U.S. District Judge**